IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-CV-200-WKW |
| | ) | |
| ROBERT WILKIE, | ) | |
| DAVID J. SHULKIN, | ) | |
| LINDA BOYLE, | ) | |
| CLYDE W. MARSH, | ) | |
| JACQUELYNN LEWIS, | ) | |
| SHARON HICKS, | ) | |
| CYNTHIA BLAND, | ) | |
| JANE CAMELLIA, | ) | |
| LEWIS A. UWAGERIPKE, | ) | |
| RANDALL WEAVER, | ) | |
| TERRY ANDRUS, | ) | |
| DAVID G. FAGAN, | ) | |
| JAMES ROBERT COBB, | ) | |
| EAST ALABAMA MEDICAL | ) | |
| CENTER, | ) | |
| LINDA LYND, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this case is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 26th day of June, 2019.

/s/ W. Keith Watkins<br>
UNITED STATES DISTRICT JUDGE